IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pearson, Curtis E

Printed: 6/3/08

Case Number: 08 B 00037
Judge: Wedoff, Eugene R
Filed: 1/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,491.52 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,491.52 |
| Totals: | 1,491.52 | 1,491.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 45,000.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 1,116.46 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 714.60 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 360.94 | 0.00 |
| 6. | Direct Tv | Unsecured | | No Claim Filed |
| 7. | Household Bank FSB | Unsecured | | No Claim Filed |
| 8. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 47,192.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

